DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY7C,<br><br>Plaintiff,<br><br>vs.<br><br>MESA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, Inc.; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No. 2:16-cv-01239-RFB-CWH<br><br>**SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1)** |

SFR INVESTMENTS POOL 1, LLC ("SFR") hereby demands that plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY7C ("BNY Mellon" or "Bank"), an out-of-state resident, post a cost bond pursuant to NRS 18.130(1).

In Nevada, if a plaintiff resides outside of Nevada or is a foreign corporation, like the Bank, "security for the costs and charges which may be awarded against such plaintiff may be required by defendant, by the filing and service on plaintiff of a written demand within the time limited for

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1 answering the complaint." NRS 18.130(1). When a defendant demands a cost bond, "all

2 proceedings in the action shall be stayed" until plaintiff files "an undertaking, executed by two or

3 more persons, to the effect that they will pay such costs and charges as may be awarded against

4 the plaintiff by judgment, or in the progress of the action . . . or the plaintiff may deposit $500 with

5 the clerk of the court." *Id.* "After the lapse of 30 days from the service of notice that security is

6 required, or of an order for new or additional security, upon proof thereof, and that no undertaking

7 as required has been filed, the court or judge may order the action to be dismissed." NRS

8 18.130(4).

9 "It is the policy of the United States District Court for the District of Nevada to enforce

10 the requirements of NRS 18.130 in diversity actions." *Feagins v. Trump Organization*, 2012 WL

11 925027 (D. Nev.)(*citing Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305-6 (D. Nev. 1983); *Arrambide*

12 *v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D. Nev. 1986).)

13 Here, BNY Mellon is not a Nevada citizen, but rather a Delaware corporation with its

14 corporate headquarters in New York. Accordingly, SFR demands that the Bank post a $500 cost

15 bond within 30 days and that the proceedings be stayed until such cost bond is posted. Should

16 the Bank fail to comply with the requirements of NRS 18.130 within 30 days, SFR requests this

17 action be dismissed.

18 DATED June 30, 2016.

**KIM GILBERT EBRON**

*/s/ Diana Cline Ebron*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
*Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 10th day of October, 2016.

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2016, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1),** to the following parties:

Darren T Brenner
William Shane Habdas
Akerman LLP
1160 N. Town Center Dr., Ste. 330
Las Vegas, NV 89144
702-634-5000
Fax: 702-380-8572
Email: william.habdas@akerman.com
Email: darren.brenner@akerman.com

*Counsel for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY7C*

Christopher V. Yergensen
Nevada Association Services, Inc.
6224 West Desert Inn Road
Las Vegas, NV 89146
702-804-8885
Fax: 702-804-8887
Email: chris@nas-inc.com

*Counsel for Nevada Association Services, Inc.*

                                     */s/ Alan G. Harvey*
                                     An employee of KIM GILBERT EBRON

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301