DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY7C, <br><br> Plaintiff, <br><br> vs. <br><br> MESA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.; ALESSI & KOENIG, LLC, <br><br> Defendants. | Case No. 2:16-cv-01239-RFB-DJA <br><br> **NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO EXTEND STAY OF LITIGATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter-/Cross- Claimant, <br><br> vs. <br><br> THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY7C; CHARLES A. MANN, an individual, <br><br> Counter-/Cross- Defendants. | |

- 1 -

PLEASE TAKE NOTICE that The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-HY7C Mortgage Pass-Through Certificates Series 2007-HY7C ("BNYM") and SFR Investments Pool 1, LLC ("SFR") have reached a global settlement in principal on multiple properties, including the Property at issue in this case. The settlement will resolve all claims between BNYM and SFR.

Based on the confidential settlement agreement, BNYM and SFR have agreed to stay the litigation for ninety (90) days to allow the Parties to perform a condition precedent to the settlement. This will also provide an opportunity for BNYM to discuss the potential for settlement as to its claims against Mesa Homeowners Association (the "Association").

Accordingly, BNYM, SFR and the Association (collectively the "Parties") are submitting the instant Stipulation and Order seeking to extend to already existing stay of litigation in this matter.

Pursuant to a Minute Order in Chambers issued on October 17, 2019, this case was administratively stayed pending the result of the Nevada Supreme Court's order of en banc reconsideration in the case *Bank of America, N.A. v. Thomas Jessup, LLC Series VII*. [ECF No. 63.] The Minute Order set a deadline of 30 days after the stay was lifted for refiling dispositive motions. [ECF No. 63.] The Nevada Supreme Court issued its Order of en banc reconsideration on May 7, 2020. *Bank of America, N.A. v. Thomas Jessup, LLC Series VII*, 462 P.3d 255 (Nev. 2020) (unpublished disposition), thereby resolving that issue. While the issuance of the Order did not automatically lift the stay in this case, in an abundance of caution, the Parties hereby stipulate to vacate the dispositive motion deadline set by the Court's October 7, 2019, Order, and stipulate to extend the stay of litigation for ninety (90) days to allow for the parties to finalize settlement. The Parties agree that the pending Motion for Judgment by Default against Charles A. Mann (ECF No. 67] should be excluded from the extension of stay so as to allow this Court to issue a ruling on said Motion.

The Parties further request the court set a deadline for filing a status report regarding the settlement for ninety (90) from entry of this Stipulation and Order. This request to stay is being

- 2 -

made in the interest of preserving judicial resources and, as set forth above, on the basis of a material term of the Settlement Agreement.

| DATED this 8th day of June, 2020.<br><br>**KIM GILBERT EBRON**<br><br>*/s/ Jacqueline A. Gilbert*<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>E-mail: jackie@kgelegal.com<br><br>*Attorneys for SFR Investments Pool 1, LLC* | DATED this 8th day of June, 2020.<br><br>**AKERMAN LLP**<br><br>*/s/ Holly E. Walker*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>HOLLY E. WALKER, ESQ.<br>Nevada Bar No. 14295<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>E-mail: darren.brenner@akerman.com<br>E-mail: holly.walker@akerman.com<br>*Attorneys for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-HY7C Mortgage Pass-Through Certificates Series 2007-HY7C.* |
|---|---|
| | DATED this 8th day of June, 2020.<br><br>**LEACH KERN GRUCHOW ANDERSON SONG**<br><br>*/s/ J. Tyler King*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>J. TYLER KING, ESQ<br>Nevada Bar No. 14895<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128<br>Phone: 702-538-9074<br>E-mail: sanderson@lkglawfirm.com<br>E-mail: tking@lkglawfirm.com<br><br>*Attorneys for Mesa Homeowners Association* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of June, 2020.

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301