DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
Email: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
Email: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
Email: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY7C,<br><br>Plaintiff,<br><br>vs.<br><br>MESA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No. 2:16-cv-01239-RFB-DJA<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY (SECOND REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-/Cross- Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY7C; CHARLES A. MANN, an individual,<br><br>Counter-/Cross- Defendants. | |

- 1 -

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

## JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY

Attorneys for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-HY7C Mortgage Pass-Through Certificates Series 2007- HY7C ("BNYM"), SFR Investments Pool 1, LLC (SFR) and Mesa Homeowners Association ("HOA"), by and through their counsel of record, stipulate and agree to continue the stay of proceedings for an additional 90 days. In support of this stipulation, the parties represent as follows:

1. On June 8, 2020, the parties filed a stipulation and order to vacate the dispositive motion deadline and continue the already existing stay of litigation for 90 days.

2. As part of the stipulation, the parties indicated BNYM and SFR had reached a settlement in principle, which had been executed, but required additional time for SFR to perform a condition precedent to the settlement.

3. The property in this case is part of a more global settlement between BNYM and SFR, involving a significant number of cases. Due to the COVID-19 pandemic, the parties to the settlement have agreed to extend the time for performance.

4. The parties therefore agree to continue the stay of proceedings for 90 days. This will afford BNYM and SFR additional time to finalize the settlement without incurring extra expenses or burdening the court. Additionally, this will allow time for settlement discussion to continue between BNYM and the HOA. The parties are aware of the extended time resolving this matter has taken and appreciate the court's patience.

5. The parties agree any party may move to lift the stay during the 90 days this matter is stayed pursuant to this stipulation. The parties further reserve the right to stipulate to lift the stay during the 90 days the matter is stayed pursuant to this stipulation.

…
…
…

6. This is the parties' second request for a stipulation to continue the stay of proceedings and is not intended to cause any delay or prejudice to any party.

DATED this 8th day of September, 2020.

| **KIM GILBERT EBRON** | **AKERMAN LLP** |
|---|---|
| */s/Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Holly E. Walker*<br>HOLLY E. WALKER, ESQ.<br>Nevada Bar No. 14295<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-HY7C Mortgage Pass-Through Certificates Series 2007- HY7C.* |
| **LEACH KERN GRUCHOW ANDERSON SONG**<br><br>*/s/ J. Tyler King*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>J. TYLER KING, ESQ.<br>Nevada Bar No. 14895<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br>*Attorneys for Mesa Homeowners Association* | |

## ORDER

Based on the foregoing stipulation, **IT IS HEREBY ORDERED** that the litigation stay is continued for an additional 90 days. The parties are to file a status report within 90 days of the issuance of this order.

**DATED** this  8th day of September, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE