ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: holly.walker@akerman.com

*Attorneys for The Bank of New York Mellon, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-HY7C Mortgage Pass-Through Certificates Series 2007-HY7C*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY7C, <br><br> Plaintiff, <br><br> v. <br><br> MESA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.; and ALESSI & KOENIG, LLC, <br><br> Defendants. <br><br> AND RELATED CLAIMS. | Case No.: 2:16-cv-01239-RFB-DJA <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

PLEASE TAKE NOTE that The Bank of New York Mellon, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-HY7C Mortgage Pass-Through Certificates Series 2007-HY7C ("BNY Mellon"), Mesa Homeowners Association ("Association"), and SFR Investments Pool 1, LLC ("SFR"), by and through their respective counsel of record, hereby stipulate and agree to dismiss the claims between BNY Mellon, the Association and SFR

{54848160}

with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The dismissal does not affect SFR's claims against Charles A. Mann for which SFR has a pending unopposed motion for default judgment [ECF No. 67].

Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED: December 7, 2020

| | |
|---|---|
| **AKERMAN LLP** | **KIM GILBERT EBRON** |
| */s/ Holly E. Walker, Esq.* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> HOLLY E. WALKER, ESQ. <br> Nevada Bar No. 14295 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for The Bank of New York Mellon, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-HY7C Mortgage Pass-Through Certificates Series 2007-HY7C* | */s/ Diana S. Ebron* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Tyler King, Esq.*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7529
J. TYLER KING, ESQ.
Nevada Bar No. 14895
2525 Box Canyon Drive
Las Vegas, NV 89128

*Attorneys for Mesa Homeowners Association*

**ORDER**

IT IS SO ORDERED.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 8th day of December, 2020.

{54848160}    2